**Maira Susana SANCHEZ, Appellant,**

v.

**Kathleen HAWK, Director, Federal Bureau of Prisons and Janet Reno, Attorney General of the United States, Appellees.**

No. 00–5242.

United States Court of Appeals, District of Columbia Circuit.

Dec. 29, 2000.

Before EDWARDS, Chief Judge, SENTELLE and HENDERSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. See Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed June 14, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.